No. 90–6616.  STRINGER v. BLACK, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir.  [Certio-

rari granted, 500 U. S. 915.] Motion for appointment of counsel granted, and it is ordered that Kenneth J. Rose, Esq., of Durham, N. C., be appointed to serve as counsel for petitioner in this case.